IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL LAGRANE,**

   *Petitioner*,

v.                                                                Case No.: 4:23cv326-MW/MAF

**WALTER MCNEIL,**

   *Respondent.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF No. 4, is **DENIED without prejudice**." The Clerk shall close the file.

**SO ORDERED on October 2, 2023.**

                                                   <u>s/Mark E. Walker</u>
                                                   **Chief United States District Judge**